UNITED STATES BANKRUPTCY COURT
NORTHERN    DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GREGORY A. ADAMSKI    §    Case No. 09-21663
§
§
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 12/17/09 in Courtroom 682, Dirksen Federal Building Courthouse, 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GREGORY A. ADAMSKI § Case No. 09-21663
§
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $21,002.31 |
| *and approved disbursements of* | $269.00 |
| *leaving a balance on hand of* [1] | $20,733.31 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---:|
| INTERNAL REVENUE SERVICE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Trustee* ALLAN J. DeMARS | $2,850.21 | $25.51 |
| *Attorney for trustee* ALLAN J. DeMARS | $3,262.50 | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* LOIS WEST | $967.50 | |
| *Special Attorney for trustee* | | |
| *Charges, U.S. Bankruptcy Court* | | |
| *Fees, United States Trustee* | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $41,514.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $41,514.58 | $13,627.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,036,238.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $36,238.13 | $0.00 |
| 2 | BRET A. BROADDUS | $2,000,000.00 | $0.00 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___ 0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $24,965.51 | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By:  /s/ ALLAN J. DeMARS
_____
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe - Suite 910
Chicago, IL 60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1                   Date Rcvd: Nov 19, 2009
Case: 09-21663                Form ID: pdf006             Total Noticed: 20

The following entities were noticed by first class mail on Nov 21, 2009.
db           +Gregory A. Adamski,   829 North Kenilworth,   Oak Park, IL 60302-1518
aty          +Ariel Weissberg,   Weissberg & Associates, Ltd,   401 S. LaSalle Street,   Suite 403,
               Chicago, IL 60605-2993
tr           +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
14046426     +Adamski & Conti,   100 North LaSalle St., Suite 1720,   Chicago, IL 60602-8800
14046427     +Adamski & Conti,   100 North LaSalle, Suite 1720,   Chicago, IL 60602-8800
14046428     +Azar, Saul,   5653 N. Ashland,   Chicago, IL 60660-4115
14046429     +Bank of America,   P.O. Box 15726,   Wilmington, DE 19850-5726
14338634     +Bank of America Home Loans,   5401 N Beach St,   Fort Worth, TX 76137-2733
14338635     +Broaddus, Bret A,   Lawrence A Stein, Huck Bouma PC,   1755 S Naperville Rd,
               Wheaton, IL 60189-5844
14046430     +Conti, Karen,   100 North LaSalle, Suite 1720,   Chicago, IL 60602-8800
14046431     +First National Bank of Petersburg,   321 North Sixth Street,   Petersburg, IL 62675-1211
14046432     +Gunther, Michael,   T.S.C.I.,   2725 North Highway 50,   Tecumseh, NE 68450-9589
14338636     +Havlatis, George,   1539 West Jackson,   Chicago, IL 60607-5303
14046433     +Hearn Company,   100 North LaSalle, Suite 1720,   Chicago, IL 60602-8800
14046434    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,   Internal Revenue Service,
               Centralized Insolvency Operations,   PO Box 21126,   Philadelphia PA 19114)
14046435     +Konica Minolta,   1701 W. Gold Rod,   Tower 3, Suite 800,   Rolling Meadows, IL 60008-4227
14046436     +Konica Minolta Business Solutions,   1701 W. Gold Rod,   Tower 3, Suite 800,
               Rolling Meadows, IL 60008-4227
14046437     +Lowbrow, Andrezej,   1257 Noble Drive,   Barrington, IL 60010-7063
14046438     +Missbrenner, Damir,   8335 County Line Road,   Willowbrook, IL 60527-6411
14046439     +The Hearn Company,   100 North LaSalle,   Suite 2500,   Chicago, IL 60602-3518

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2009**                        **Signature:** *Joseph Speetjens*